**Opinion issued February 25, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00988-CV

———————————

**CSI ENERGY, L.P., Appellant**

**V.**

**DARTEXOIL CO., LLC, NICK DARDEN, AND ACE PARK, INDIVIDUALLY AND D/B/A E&M OPERATING CO., Appellees**

On Appeal from the 189th District Court
Harris County, Texas
Trial Court Case No. 2012-20944

## MEMORANDUM OPINION

On February 13, 2014, Appellant, CSI Energy, L.P., filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). A certificate of conference was included indicating counsel for appellees notified CSI Energy, L.P. they were unopposed via email. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.2(a), 43.2(f).  We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland and Brown.